UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE SHELTON,<br><br>        Plaintiff,<br><br>    v.<br><br>NEWS NATION NETWORK PVT. LTD.,<br><br>        Defendant. | Case No. 25-cv-01546-AMO<br><br>**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). In the present case, the Complaint was filed on February 13, 2025, and more than 90 days have passed without service of process on Defendant. Indeed, more than 60 days have passed after the Court's denial of Plaintiff's motion for an order authorizing alternative means of service. *See* Dkt. No. 17. The Court, on its own motion, **ORDERS** Plaintiff to show cause in writing on or before November 18, 2025, why this action should not be dismissed for lack of prosecution.

The Order to Show Cause will be discharged if Plaintiff files proof of service of process on Defendant on or before the date indicated above. Failure to file a timely response to this Order to Show Cause shall result in dismissal of the action for lack of prosecution and for failure to comply with the orders of the Court.

**IT IS SO ORDERED.**

Dated: October 21, 2025

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge